```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                                       :
                                                               :
    -against-                                              :
                                                               :   19-CR-556 (VEC)
                                                               :
MICHAEL MORTIMER,                                              :   ORDER
                                                               :
                                Defendant.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing control date was set for June 18, 2020;

    WHEREAS the Government requested a new control date in February 2021;

    IT IS HEREBY ORDERED that a control date is scheduled for **February 15, 2021**.

**SO ORDERED.**

**Dated: June 25, 2020**
    **New York, NY**

                                                                  _____
                                                                    **VALERIE CAPRONI**
                                                                      **United States District Judge**