```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

                                     19-CR-556 (VEC)

MICHAEL MORTIMER,                        ORDER

                        Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing control date was set for February 15, 2021; and

    WHEREAS as of the date of this order, the Government has failed to provide an update or request an extension of the sentencing control date;

    IT IS HEREBY ORDERED that the Government must submit an update on the status of this case and a request for an extension of the sentencing control not later than **March 3, 2021**.

    IT IS FURTHER ORDERED that if the Government fails to submit a request for extension by March 3, 2021, the Court will order the Probation Department to prepare a Presentence Investigation and Report and will set a sentencing date.

**SO ORDERED.**

**Dated: February 26, 2021**
      **New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**