U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021

February 26, 2021

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Michael Mortimer*, 19 Cr. 556 (VEC)

Dear Judge Caproni,

    The Government respectfully submits this letter in response to the Court's Order dated February 26, 2021 and in connection with the above-captioned defendant's sentencing control date. The defendant has entered into a cooperation agreement with the Government and a trial in which the defendant would be called to testify is scheduled to begin before the Honorable Colleen McMahon no earlier than September 20, 2021, but probably in the fourth quarter of 2021, according to the most recent scheduling order entered by Chief Judge McMahon in that case. Accordingly, the Government requests that a sentencing control date be set for the defendant in early 2022.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            United States Attorney

                          by: /s/_____
                             Drew Skinner
                             Jordan Estes
                             Assistant United States Attorneys
                             (212) 637-1587

Cc:  Defense counsel (by ECF)

Application GRANTED. A control date is scheduled for **February 15, 2022**.

        SO ORDERED.

*[signature]*
2/26/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE